UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Nathan Katz, *on behalf of himself
and all others similarly situated*,

                Plaintiff,

           -against-

Risk Management Alternatives, Inc.,

                Defendant.
----------------------------------------------------------x

**ORDER**

02-CV-3977 (DLI)(CLP)

**DORA L. IRIZARRY, U.S. District Judge:**

It having been reported to the Court that the above-captioned action is stayed pursuant to the filing of a Bankruptcy petition, it is

ORDERED that the action is administratively closed pending the disposition of the aforementioned Bankruptcy petition.

DATED:    Brooklyn, New York
               August 1, 2005

                                          DORA L. IRIZARRY
                                          United States District Judge