LAW OFFICES OF
LAWRENCE KATZ
445 CENTRAL AVENUE
SUITE 206
CEDARHURST, NEW YORK 11516
LKATZ@LAWKATZ.COM

TELEPHONE
(516) 374-2118

FAX
(516) 706-2404

August 20, 2007

Honorable Cheryl L. Pollak
United States District Court Magistrate
225 Cadman Plaza East
Brooklyn, New York 11201-1818

Re: **Katz V Risk Management Alternatives**
**CV- 02-3977 (DLI) (CLP)**

Dear Judge Pollak:

Please be advised that this counsel, as confirmed by the court's secretary, did not have the benefit of the July 13, 2007 ECF in which the court requested a status report. As the matter was a closed matter I have not been checking the docket. It was not until today that I was made aware of the court's request for a status report.

This case had been stayed due bankruptcy proceedings, which ultimately resulted in the dissolution of the defendant and the sale of its assets to another collection agency free of any claims. Any rights the plaintiff in this case had were extinguished in those proceedings.

Sincerely,

Lawrence Katz